JS - 6

**FILED: 2/24/15**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *B Squared, Inc.*, | CASE NO. CV 14-2167-GHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| *Great American Assurance Company, et al.*, | |
| Defendants. | |

Pursuant to the Court's February 24, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Second Amended Complaint is **DISMISSED without prejudice** as to Defendants Gevork Tashchyan and Aida Tashchyan.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 24, 2015

_____
GEORGE H. KING
Chief United States District Judge